# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> LOS ALAMOS NATIONAL SECURITY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEW MEXICO ENVIRONMENT <br> DEPARTMENT, et al. <br><br> Defendants, <br><br> and <br><br> CONCERNED CITIZENS FOR NUCLEAR <br> SAFETY, <br><br> Intervening Defendant. | No. 1:10-CV-01251 MCA/WPL |

## TWENTY-SEVENTH JOINT STATUS REPORT ON SETTLEMENT NEGOTIATIONS

Pursuant to the Court's direction during the January 9, 2012 status conference in this matter, the plaintiff United States of America on behalf of the United States Department of Energy ("United States"); the defendant New Mexico Environment Department ("NMED"); the intervenors Los Alamos National Security LLC ("LANS") and Concerned Citizens for Nuclear Safety ("CCNS"), collectively the "Parties", hereby respectfully submit this Joint Status Report on the settlement negotiations in this matter.

As noted in prior Joint Status Reports filed with this Court, at the settlement conference before Magistrate Judge Torgerson on August 30, 2012, NMED reported it is willing to settle along the lines of the United States' July 24, 2012, letter which set forth the Plaintiffs' position on all

1

outstanding issues. A first draft settlement agreement has been prepared and was submitted to NMED and CCNS. The parties have since circulated multiple drafts and revisions of the settlement agreement. *See* Twenty-sixth Joint Status Report, ECF No. 126, at 2. The United States, NMED, and LANS anticipate reaching agreement on the language of a recommended settlement agreement.

Parallel administrative discussions between NMED, LANS and the United States regarding a draft permit related to the settlement also remain ongoing. Both technical and legal meetings have occurred, which have resulted in progress towards resolving the remaining issues in this matter. There have been a series of productive communications between the state and federal agencies and LANS. Additional meetings may occur, depending on the status of the correlated ground water discharge permit.

A telephonic status conference in this matter was held on January 21, 2016, before Magistrate Judge Lynch. A further status conference is scheduled for August 2, 2016. ECF 121. Discovery in this matter has been stayed until July 29, 2016. ECF No. 122.

        Respectfully submitted,

        JOHN C. CRUDEN
        Assistant Attorney General

        */s Eileen T. McDonough*
        _____
        Eileen T. McDonough, Trial Attorney
        Environmental Defense Section
        Environment and Natural Resources Division
        United States Department of Justice
        Post Office Box 7611
        Washington, D.C. 20044
        Phone: (202) 514-3126
        Fax: (202) 514-8865
        Email: eileen.mcdonough@usdoj.gov

*Attorney for the United States of America*

*/s Stuart R. Butzier (by permission)*
_____
Stuart R. Butzier
Deana M. Bennett
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Phone: (505) 848-1800
Email: stuart.butzier@modrall.com
Attorneys for Los Alamos National Security LLC


*/s Jennifer L. Hower (by permission)*
_____
Jennifer L. Hower
General Counsel
New Mexico Environment Department
121 Tijeras Ave NE, Suite 1000
Albuquerque, NM 87102-3400
Office: (505) 222-9550
Cell: (505) 500-7628
Fax: (505) 383-2064
*Counsel for New Mexico Environment Department*


*/s Jonathan M. Block (by permission)*
_____
Jonathan M. Block
New Mexico Environmental Law Center
1405 Luisa Street, Ste. 5
Santa Fe, New Mexico 87505
Phone: (505) 989-9022, Ext. 22
Fax: (505) 989-3769
E-mail: jblock@nmelc.org
*Counsel for Concerned Citizens for Nuclear Safety*

July 1, 2016

**CERTIFICATE OF SERVCE**

    I hereby certify that on July 1, 2016, I filed the foregoing Status Report with the Court's CM/ECF system, which will electronically serve all counsel of record.

                              */s Eileen T. McDonough*
                              _____
                              Eileen T. McDonough